90

**RECEIVED**
CHARLOTTE, N.C.

Prob 22
(9/00)

OCT 1 2 2011

Clerk, U. S. Dist. Court
W. Dist. of N. C.

**TRANSFER OF JURISDICTION**

FILED
OCT 1 1 2011
IN THIS OFFICE
Clerk, U. S. District Court
Greensboro, N. C.
By _____

DOCKET NUMBER (Tran Court)
1:05CR280-2

DOCKET NUMBER (Rec Court)
3:11CR320

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| OMARI JIBRI BRUNSON | Middle District of North Carolina | Salisbury |

| | NAME OF SENTENCING JUDGE |
|---|---|
| | The Honorable James A. Beaty, Jr. |

| DATES OF PROBATION/SUPERVISED RELEASE | FROM 08/12/2011 | TO 08/11/2016 |
|---|---|---|

**OFFENSE**

18:2113(a), 2113(d) and 2 Bank robbery with a dangerous weapon.
18:924(c)(1)(A)(iii) and 2 Carried and used, by brandishing, a firearm during bank robbery.

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

   **IT IS HEREBY ORDERED** that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the WESTERN DISTRICT OF NORTH CAROLINA upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

| 9/9/11 | _James A. Beaty_ |
|---|---|
| Date | United States District Judge |

* This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE    WESTERN    DISTRICT OF    NORTH CAROLINA

   **IT IS HEREBY ORDERED** that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

A True Copy
Teste:
John S. Brubaker, Clerk

| 9-28-11 | _Robert J Conrad_ |
|---|---|
| Date | United States District Judge |

By: _____
Deputy Clerk