IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA :
:
v. :
:
TIMOTHY EUGENE BOLTON, JR. : 1:05CR 280 -1
OMARI JIBRI BRUNSON : 1:05CR 280 -2
KENON DURELL SWEAT : 1:05CR 280 -3

The Grand Jury charges.

COUNT ONE

On or about January 19, 2005, in the County of Cabarrus, in the Middle District of North Carolina, TIMOTHY EUGENE BOLTON, JR., OMARI JIBRI BRUNSON and KENON DURELL SWEAT, by force and violence and by intimidation, did take from the presence of a credit union employee, money in the approximate sum of $6,712.00 belonging to and in the care, custody, control, management, and possession of the Call Federal Credit Union, 929-K Concord Parkway, Concord, North Carolina, the deposits of which were then insured by the National Credit Union Administration Board; in violation of Title 18, United States Code, Sections 2113(a) and 2.

COUNT TWO

On or about January 19, 2005, in the County of Cabarrus, in the Middle District of North Carolina, TIMOTHY EUGENE BOLTON, JR., OMARI JIBRI BRUNSON and KENON DURELL SWEAT, by force and violence and by intimidation, did take from the presence of a credit union employee, money in the approximate sum of $6,712.00 belonging to

and in the care, custody, control, management, and possession of the Call Federal Credit Union, 929-K Concord Parkway, Concord, North Carolina, the deposits of which were then insured by the National Credit Union Administration Board, and in committing this offense put in jeopardy the life of the said credit union employee by the use of a dangerous weapon, that is, a shotgun; in violation of Title 18, United States Code, Sections 2113(a), 2113(d), and 2.

COUNT THREE

On or about January 19, 2005, in the County of Cabarrus, in the Middle District of North Carolina, TIMOTHY EUGENE BOLTON, JR., OMARI JIBRI BRUNSON and KENON DURELL SWEAT, during and in relation to a crime of violence for which each could be prosecuted in a court of the United States, that is, armed bank robbery, in violation of Title 18, United States Code, Sections 2113(a), 2113(d), and 2, did knowingly carry and use, by brandishing, a

firearm, that is, a shotgun; in violation of Title 18, United States Code, Sections 924(c)(1)(A)(ii) and 2.

A TRUE BILL:

_____
FOREPERSON

[signature]
KEARNS DAVIS
ASSISTANT UNITED STATES ATTORNEY

[signature]
ANNA MILLS WAGONER
UNITED STATES ATTORNEY

A True Copy
Teste:
John S. Brubaker, Clerk
[signature]
Deputy Clerk