CASREF, CLOSED

## U.S. District Court
## North Carolina Middle District (NCMD)
## CRIMINAL DOCKET FOR CASE #: 1:05-cr-00280-JAB-2

Case title: USA v. BOLTON et al

Date Filed: 08/29/2005

Assigned to: CHIEF JUDGE JAMES
A. BEATY, JR

**Defendant (2)**

**OMARI JIBRI BRUNSON**

represented by **JAMES J. EXUM**
HOOVER WILLIAMS & EXUM, P.A.
301 S. MCDOWELL ST., STE. 310
CHARLOTTE, NC 28204
704-332-5583
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Pending Counts**

18:2113(a), (d) & 2 Bank robbery with
a dangerous weapon
(2)

18:924(c)(1)(A)(ii) & 2 Carried & used,
by brandishing, a firearm during bank
robbery
(3)

**Disposition**

Thirty (30) months imprisonment, five
(5) years supervised release, $100
special assessment, $6,712.00
restitution

Sixty (60) months imprisonment to run
consecutively to count 2, three (3) years
supervised release to run concurrently
with count 2, $100 special assessment

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**

18:2113(a) & 2 Bank robbery of Call
Federal Credit Union on 01/19/05
(1)

**Disposition**

Dismissed

**Highest Offense Level (Terminated)**

Felony

**Complaints**

**Disposition**

None

**Plaintiff**

**USA**                                          represented by **ANGELA HEWLETT MILLER**
OFFICE OF U. S. ATTORNEY
POB 1858
GREENSBORO, NC 27402
336-333-5351
Email: angela.miller@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**KEARNS DAVIS**
BROOKS PIERCE MCLENDON
HUMPHREY & LEONARD
POB 26000
GREENSBORO, NC 27420-6000
336-373-8850
Fax: 336-378-1001
Email: kdavis@brookspierce.com
*TERMINATED: 04/05/2006*
*LEAD ATTORNEY*

| Date Filed | # | Docket Text |
|---|---|---|
| 08/29/2005 | 1 | INDICTMENT as to TIMOTHY EUGENE BOLTON, JR (1) count(s) 1, 2, 3, OMARI JIBRI BRUNSON (2) count(s) 1, 2, 3, KENON DURELL SWEAT (3) count(s) 1, 2, 3. (Garrett, Kim) (Entered: 08/30/2005) |
| 09/08/2005 | 4 | Arrest Warrant Issued as to OMARI JIBRI BRUNSON. (Garrett, Kim) (Entered: 09/08/2005) |
| 09/12/2005 | 6 | Arrest Warrant Returned Executed on 09/07/05 as to OMARI JIBRI BRUNSON. (Garrett, Kim) (Entered: 09/12/2005) |
| 09/16/2005 | | Telephonic Notice to offices of U.S. Attorney, U.S. Pretrial, U.S. Marshal, and Attorney James Exum setting Detention Hearing and Arraignment as to OMARI JIBRI BRUNSON for 9/22/2005 02:30 PM in Greensboro Courtroom #1A before MAG/JUDGE P. TREVOR SHARP. (Cable, Frances) (Entered: 09/16/2005) |
| 09/19/2005 | 15 | ENTRY OF GENERAL APPEARANCE by Attorney JAMES J. EXUM appearing for OMARI JIBRI BRUNSON (Garrett, Kim) (Entered: 09/19/2005) |
| 09/22/2005 | | Minute Entry: Arraignment and Detention Hearing held on 9/22/2005 before Judge P. TREVOR SHARP as to OMARI JIBRI BRUNSON (2) Counts 1,2,3. Defendant(s) pleads NOT GUILTY to all charges. Defendant detained. Attorney James Exum appeared on behalf of Defendant. Proceedings Recorded. (Tape #05S.65.) (Cable, Frances) (Entered: 09/23/2005) |
| | | |

| 09/23/2005 | 19 | SCHEDULING ORDER as to OMARI JIBRI BRUNSON Signed by John S. Brubaker, Clerk, U. S. District Court. Motions due by 10/19/2005. Responses due by 10/26/2005. Motion Hearing set for 10/26/2005 09:30 AM in Greensboro. Plea Agreement due by 11/3/2005. Jury Trial set for 11/14/2005 09:30 AM in Greensboro. Distributed on 09/22/05. (Garrett, Kim) (Entered: 09/23/2005) |
|---|---|---|
| 09/23/2005 | 20 | PLEA AGREEMENT as to OMARI JIBRI BRUNSON (Garrett, Kim) (Entered: 09/23/2005) |
| 09/30/2005 | 21 | ORDER OF DETENTION PENDING TRIAL as to OMARI JIBRI BRUNSON . Signed by Judge P. TREVOR SHARP on 09/30/05. (Garrett, Kim) (Entered: 09/30/2005) |
| 10/03/2005 | 22 | Factual Basis Document as to OMARI JIBRI BRUNSON filed on 10/3/2005 (Kemp, Donita) (Entered: 10/03/2005) |
| 10/03/2005 | | Minute Entry for proceedings held before Judge JAMES A. BEATY JR.:CHANGE OF PLEA HEARING held on 10/3/2005. Defendant present in custody. Defendant placed under oath and advised of rights/charges/penalties; Court reviews the plea agreement; OMARI JIBRI BRUNSON (2) pleads GUILTY to Count 2,3. Remaining Count to be dismissed at sentencing. Court finds the Defendant is competent to enter a guilty plea; Written factual basis filed by Government; Court orders the preparation of a Presentence Report. Sentencing set for 2/2/2006 09:30 AM in Winston-Salem Courtroom #1 before JUDGE JAMES A. BEATY JR. (Court Reporter Lori Russell.) (Kemp, Donita) (Entered: 10/03/2005) |
| 10/03/2005 | | Case as to OMARI JIBRI BRUNSON assigned to Judge JAMES A. BEATY, JR. (Kemp, Donita) (Entered: 10/03/2005) |
| 10/31/2005 | 24 | TRANSCRIPT of PLEA HEARING as to OMARI JIBRI BRUNSON held on 10/3/05 in Winston-Salem before Judge James A. Beaty, Jr. Court Reporter: Lori Russell. (Lance, Joy) (Entered: 10/31/2005) |
| 01/12/2006 | 34 | MOTION to Reduce Sentence *Pursuant to 18 U.S.C. 3553(e) and Section 5K1.1 of the Sentencing Guidelines* by USA as to OMARI JIBRI BRUNSON. Responses due by 2/6/2006 (DAVIS, KEARNS) (Entered: 01/12/2006) |
| 01/24/2006 | | Motion Submission as to TIMOTHY EUGENE BOLTON, JR, OMARI JIBRI BRUNSON re 34 MOTION to Reduce Sentence *Pursuant to 18 U.S.C. 3553 (e) and Section 5K1.1 of the Sentencing Guidelines*, 33 MOTION to Reduce Sentence *Pursuant to 18 U.S.C. 3553(e) and Section 5K1.1 of the Sentencing Guidelines* to Judge JAMES A. BEATY JR. (Kemp, Donita) (Entered: 01/24/2006) |
| 02/02/2006 | | ORAL ORDER as to OMARI JIBRI BRUNSON GRANTING 34 MOTION to Reduce Sentence *Pursuant to 18 U.S.C. 3553(e) and Section 5K1.1 of the Sentencing Guidelines* by Judge JAMES A. BEATY JR. (Kemp, Donita) (Entered: 02/02/2006) |
| 02/02/2006 | | Minute Entry for proceedings held before Judge JAMES A. BEATY JR.:Sentencing as to OMARI JIBRI BRUNSON held on 2/2/2006 (Court |

| | | |
|---|---|---|
| | | Reporter Lori Russell.) (Kemp, Donita) (Entered: 02/02/2006) |
| 02/22/2006 | 35 | JUDGMENT as to OMARI JIBRI BRUNSON (2). Count(s) 1, Dismissed; Count(s) 2, Thirty (30) months imprisonment, five (5) years supervised release, $100 special assessment, $6,712.00 restitution; Count(s) 3, Sixty (60) months imprisonment to run consecutively to count 2, three (3) years supervised release to run concurrently with count 2, $100 special assessment. Signed by Judge JAMES A. BEATY JR. on 2/22/06. (Daniel, Joy) (Entered: 02/22/2006) |
| 09/07/2011 | | Case as to OMARI JIBRI BRUNSON referred to Judge Beaty re: TOJ. (Daniel, J) (Entered: 09/07/2011) |
| 10/11/2011 | 90 | Probation Jurisdiction Transferred to Western District of North Carolina as to OMARI JIBRI BRUNSON Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet. (Taylor, Abby) (Entered: 10/11/2011) |
| 10/11/2011 | 91 | Probation Transfer Letter as to defendant OMARI JIBRI BRUNSON. Probation is transferred to District of Western District of North Carolina. Transmitted Transfer of Jurisdiction form, with certified copies of docket sheet, indictment, judgment. (Taylor, Abby) (Entered: 10/11/2011) |