# United States District Court

Middle District of North Carolina
Post Office Box 2708
Greensboro, North Carolina 27402

John S. Brubaker, Clerk

October 11, 2011

TELEPHONE:
CIVIL (336) 332-6030
CRIM. (336) 332-6020
ADMIN. (336) 332-6000

RECEIVED
CHARLOTTE, N.C.

Clerk of U.S. District Court

OCT 12 2011

Room 212
401 W. Trade St.
Charlotte, NC 28202

Clerk, U. S. Dist. Court
W. Dist. of N. C.

Dear Clerk of Court,

Re. USA v. OMARI JIBRI BRUNSON; 1:05CR280-2

Enclosed are certified copies of the following pleadings in the above cases being transferred to your district for disposition.

1. Transfer of Jurisdiction
2. Indictment
3. Judgment
4. Docket Sheet

Please acknowledge receipt of these papers on the enclosed copy of this letter.

Sincerely,

JOHN S. BRUBAKER, CLERK

By: /s/ Abby Taylor, Deputy Clerk

at:
Enclosures

A True Copy
Tester:
John S. Brubaker, Clerk
By:
Deputy Clerk