Prob12B
(NCW Rev. 4/08)

# UNITED STATES DISTRICT COURT

for the

Western District of North Carolina

Request for Modifying the Conditions or Term of Supervision
with Consent of the Offender
Probation Form 49, Waiver of Hearing is Attached

Name of Offender: Omari Jibri Brunson        Case Number: 3:11CR320-RJC

Name of Sentencing Judicial Officer:   The Honorable James A Beaty, Jr.
                                        United States District Judge

Name of Assigned Judicial Officer:   The Honorable Robert J. Conrad Jr.,
                                    Chief United States District Court Judge

Date of Original Sentence: 2/2/2006     Register Number: 22769-057   PACTS Number: 15894

Original Offense: Armed Bank Robbery, 21 U.S.C. 2113(d) and 2 - a Class B Felony
Brandishing a Firearm During and in Relation to a Crime of Violence, 18 U.S.C. 924(c)(1)(A)(ii) - a Class A Felony

Original Sentence: Imprisonment for a total term of 90 months (30 months on Count 2 and 60 months on Count 3) to be followed by 5 years supervised release. Special Conditions: The defendant shall submit to substance abuse testing, at anytime, as directed by the probation officer. The defendant shall cooperatively participate in a substance abuse treatment program, which may include testing or inpatient/residential treatment, and pay for treatment services, as directed by the probation officer. During the course of treatment, the defendant shall abstain from the use of alcoholic beverages. (ongoing). Special Assessment: $200.00 (PAID); Restitution: $6,712.00 (Balance: $5,536.00)

It should be noted the Western District of North Carolina obtained jurisdiction on this case on 10/13/2011.

Type of Supervision: Supervised Release        Date Supervision Commenced: 08/12/2011

---

### PETITIONING THE COURT

[ ]    To extend the term of supervision for   years, for a total of years.

[X]   To modify the conditions of supervision as follows:

"The defendant shall submit his person, residence, office or vehicle to a search, from time to time, conducted by any United States Probation Officer and such other law enforcement personnel as the probation officer may deem advisable, without a warrant; and failure to submit to such a search may be grounds for revocation of supervision. The defendant shall warn other residents or occupants that such premises or vehicles may be subject to searches pursuant to this condition."

## CAUSE

Pursuant to obtaining jurisdiction on the defendant's case, he has agreed to add the Western District of North Carolina's standard search condition. The defendant has been advised of his rights under Rule 32.1© and has agreed to this modification as evidenced by the attached Probation 49.

I declare under penalty of perjury that the foregoing is true and correct.

Respectfully submitted,

by     s/John T. Holiday

John T. Holiday
U.S. Probation Officer
(704) 350-7651
Date: 02/23/2012

Approved By:   s/Keith S. Snyder II

Keith S. Snyder II
Supervising U.S. Probation Officer

---

THE COURT ORDERS:

[ ]   No Action
[ ]   The Extension of Supervision as Noted Above
[x ]  The Modification of Conditions as Noted Above
[ ]   Other

Date:  February 28, 2012

_____

Robert J. Conrad, Jr.
Chief United States District Judge