*OMARI BRUNSON*

PROB 49

Waiver of Hearing to Modify Conditions
of Probation/Supervised Release or Extend Term of Supervision

## UNITED STATES DISTRICT COURT
### for the
## WESTERN DISTRICT OF NORTH CAROLINA

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By 'assistance of counsel', I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

"The defendant shall submit his person, residence, office or vehicle to a search, from time to time, conducted by any United States Probation Officer and such other law enforcement personnel as the probation officer may deem advisable, without a warrant; and failure to submit to such a search may be grounds for revocation of supervision. The defendant shall warn other residents or occupants that such premises or vehicles may be subject to searches pursuant to this condition."

Witness: _____
U.S. Probation Officer

2/24/11
Date

Signed: _UCC 1-207 without prejudice Omari Brunson Authkop_
Probationer or Supervised Releasee

Case 3:11-cr-00320-RJC   Document 2-1   Filed 02/28/12   Page 1 of 1