

COUNTRY OF __Mecklenburg__ __Northcarolina__ COUNTY REPUBLIC

RECORDING REQUESTED BY:

Free National Name: __King Imhotep Omari Sibri El AABey__

c/o __11015__ near __Carmel crossing__

u.s.A, POSTAL ZONE ~ [_____]
NON-DOMESTIC

FILED
CHARLOTTE, NC
APR 17 2013
US District Court
Western District of NC

"*All Sovereign, private civilian inhabitants shall have free access to all judicial courts of the several states. All clerks and / or deputy shall file all documents of paper for any and / or all-sovereign, private civilian inhabitants; free and without charge of fees.*" – AMERICA SUPREME COURT CASE – Crandall vs. State of Nevada, 73 U.S. 35

SPACE ABOVE THIS LINE FOR RECORDER'S USE ONLY

## DECLARATION AFFIDAVIT OF MOORISH AMERICAN NATIONAL STATUS OF INHERITANCE AND INDIGENOUS BIRTH RIGHTS

Defacto/Incorrect: __BRUNSON, OMARI, Sibri__

1. I AM, __King Imhotep Omari Sibri El AA Bey__, Natural Citizen of the Continental United States, being duly affirmed, stand squarely upon Supreme Constitutional Law, depose, declare and says: I AM a Born Free and Natural Born Moorish American National, jus Sanguinis: A (natural) person having origin as a direct descendant of the World's Oldest Indigenous People (The Ancient Ones), the Asiatic Moorish Nation, whose symbol(s) are presented on the back of the One Dollar Bill (un-Constitutional Federal Reserve Note). The Pyramid (Mir) with the All-Seeing Eye is the Great Seal of the Moors, the True Indigenous Peoples, who inhabited the Northwestern and Southwestern Continents (Lands) of Ancient Amexem, now called the Americas – North, South, Central and the adjoining islands, and are bound to the Continents by Heritage and Birth Right.

2. I _King Imhotep Omari Sibri el AA Bey_, declare my Moorish Nationality and Divine Indigenous Sovereign Citizenship Rights, which are in-a-lien-able to every individual, county, state, federal organization or sovereign body. I do not stand on the platform of a 14th Amendment "U.S. citizen" or "person," "corporation," "entity," "straw man," "artificial person," or "debtor," ALL derivate of the 1866 Civil Rights Act: a person having origin in ANY black racial groups of Africa and descendants of Negro blood, jus sol: as defined by the Union States Right document of 1863. Moors are NOT citizens of the United States Society, but are the "People of the Continental United States (America)." According to ALL True and Divine records of the Human race there is NO Negro, black, or colored race attached to the Human Family, Neither is "Afro" or "African" – American exists as being recognized by ANY Flag, Constitution, Great Seal, or Sovereign Rights. "What my fore Fathers/Mothers were, I AM, today WITHOUT doubt or contradiction: Namely Moorish." There is NO one who is able to change man from the descendant nature of his fore Father/Mothers: unless his power extends beyond the Great Universal Creator/Creatress. I AM linking my-Self back to the Family of Nations.

3. I _King Imhotep Omari Sibri El AA Bey_, hereby reserve ALL my Inalienable/Unalienable Rights by virtue of the Treaty of Peace and Friendship between the United States of America and Morocco of 1787, superseded by the Treaty of 1836, (Note: Recorded in the United States at large, foreign treaties, also in the Book of Treaties [1787-1845] pages 100 - 105), also the Articles of Confederation of 1781, the Constitution of the United States of 1789 (organic), the Bill of Rights of 1791, the Divine Constitution and By-Laws of the Moorish Science Temple of America.

4. I _King Imhotep Omari Sibri el AA Bey_, being previously identified and labeled by the Union States Society of America -- U.S. of A. as: _Brunson Omari Sibri_ (straw man/person/artificial person/entity/corporation/debtor), having justly, legally and lawfully obtained my Moorish Nationality, Divine Creed, Birthright, Name, and Title; being the indigenous ab-original by birth and inheritance pursuant to:

   A. THE FREE MOORISH AMERICAN ZODIAC CONSTITUTION
      (Zodiac Constitution Birth Right of the Moorish-American: the Beys and Els)... Article two (2), Paragraph two (2)

   B. Principle III of the UNITED NATIONS: DECLARATION OF THE RIGHTS OF THE CHILD. (Every child shall be entitled from his/her birth to a Name and a Nationality).

   C. U.S. SUPREME COURT-ACTS OF STATE (cited on page 2. NT/NCT Number 01-A)

   D. UNITED STATES OF AMERICA CONSTITUTION-Article three (3), Section (2), Amendment (5) (Liberty Clause) and Amendment (9) (Reservation of Rights of the People).

   E. RESOLUTION NUMBER SEVENTY-FIVE (75), dated April 17, 1933 (MOORISH AMERICAN SOCIETY OF PHILADELPHIA AND USE OF THEIR NAME: Bey and El.

Wherefore, I _King Imhotep Omari Sibri el AA Bey_, National of a Sovereign Independent Nation, makes LAWFUL and LEGAL entry NOTIFICATION of NATIONALITY by Birth Rights Status, Law, and Claim. Please be advised, that it would be an extreme act of illegal conduct, NOT to retain and record documentary proof of evidence received and that NO proceeding(s) of ANY kind shall be implemented without first presenting documentary proof of Nationality and Delegation Order of Authority, before ANY establishment of jurisdiction for a titled National, based on an Artifice.

<u>According to the "UNITED NATIONS DECLARATION ON THE RIGHTS OF INDIGENOUS PEOPLES: ": Sub-Commission on Prevention of Discrimination and Protection of Minorities Forty-fifth session.</u>

Article 2.
*Indigenous individuals and peoples are free and equal to all other individuals and peoples in dignity and rights, and <u>have the right to be free from any kind of adverse discrimination, in particular that based on their indigenous origin or identity;</u>*

Article 5.
<u>*Every Indigenous person has the right to belong to a nationality;*</u>

Article 9.
<u>*Indigenous peoples and individuals have the right to belong to an indigenous community or nation,*</u> *in accordance with the traditions and customs of the community or nation concerned. No disadvantage of any kind may arise from the exercise of such a right;*

Article 14.
<u>*Indigenous peoples have the right to revitalize, use, develop, and transmit to future generations their histories, languages, oral traditions, philosophies, writing systems and literatures, and to designate and retain their own names for communities, places and persons.*</u> *States shall take effective measures, especially whenever any right of indigenous peoples may be affected, to ensure this right and to ensure that they can understand and be understood in political, legal and administrative proceedings where necessary through the provision of interpretation or by other appropriate means;*

Article 31.
<u>*"Indigenous peoples, as a specific form of exercising their right to self determination, have the right autonomy or self-government in matters relating to their internal and local affairs, including culture, religion, education, information, media, health, housing, employment, social welfare, economic activities, land and resource management, environment and entry by non-members, as well as, ways and means for financing these autonomous functions."*</u>

Article 32.
<u>*"Indigenous peoples have the collective right to determine their own Citizenship in accordance with their customs and traditions. Indigenous Citizenship does NOT impair the RIGHT of indigenous individuals to obtain Citizenship of the State in which they live."*</u>

By this Declaration, the United States of America is Left, without jurisdiction over I _____
_____, a Free Natural Born Moorish American National, and Inheritor of America in its entirety, Namely: North, South, and Central America including the adjoining islands. I hereby reserve ALL my Inalienable/Unalienable rights to property and person WITHOUT PREJUDICE to ANY of these Rights pursuant to U.C.C. *1-207, U.C.C. 1-308, and U.C.C. 1-103.6.

I AM: _____ 10105905, Indigenous Moorish National

In Propria Persona, Sui Juris, Sui Generis; I affirm that all of the foregoing is true and correct. I affirm that I am of lawful age and am competent to make this Affidavit. I hereby affix my own autograph to all of the affirmations in this entire document with explicit reservation of all my unalienable rights and my specific common law right not to be bound by any contract or obligation which I have not entered into knowingly, willingly, voluntarily, and without misrepresentation, duress, or coercion. The use of notary below is for identification only, and such use does NOT grant any jurisdiction to anyone.

FURTHER AFFIANT SAITH NOT.

Subscribed and affirmed, without prejudice, and with all rights reserved.

*King, lmo-tep Cheru Sibu el RaBuq ex Rel OMARI Brunson*

Son of a Widow, Principal, by Special Appearance, in Propria Persona, proceeding Sui Juris, Sui Generis.

Date: _____ Common Law Seal: _____

The State of _____
County of _____

I the undersigned, a Notary Public of the County and State aforesaid, certify that _____, personally appeared before me this day and acknowledged the execution of the foregoing instrument. Witness my hand and official stamp or seal, this __/__/____.

My commission expires: _____ _____ Notary Public.