UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO.: 3:11CR320 |
| | ) | |
| v. | ) | **NOTICE OF ATTORNEY APPEARANCE** |
| | ) | |
| OMARI JIBRI BRUNSON | ) | |
| | ) | |

**NOW COMES** the United States of America, by and through Anne M. Tompkins, United States Attorney for the Western District of North Carolina, and gives notice to this Honorable Court of the appearance of the undersigned Assistant United States Attorney for the government in the above-referenced action.

**RESPECTFULLY SUBMITTED**, this the 28th day of May**,** 2013**.**

                **ANNE M. TOMPKINS**
                United States Attorney

                s/ ERIN E. COMERFORD
                Special Assistant United States Attorney
                NC Bar Number: 38107
                Suite 1650, Carillon Building
                227 West Trade Street
                Charlotte, North Carolina 28202
                Telephone: (704) 816-1625
                Fax: (704) 227-0197
                E-mail: Erin.Comerford@usdoj.gov

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on this 28th day of May, 2013, the foregoing Notice of Attorney Appearance was duly served by electronic notification upon defendant's counsel of record, Roderick Davis at: rdavislaw@rgdavislaw.com.

                                          s/ ERIN E. COMERFORD
                                          Special Assistant United States Attorney