## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of SIX (6) MONTHS.

☐ The Court makes the following recommendations to the Bureau of Prisons:

☒ The Defendant is remanded to the custody of the United States Marshal.

☐ The Defendant shall surrender to the United States Marshal for this District:

    ☐ As notified by the United States Marshal.  
    ☐ At Time am/pm on Surrender Date .

☐ The Defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ As notified by the United States Marshal.  
    ☐ Before 2 p.m. on Surrender Date .  
    ☐ As notified by the Probation Office.

FILED  
CHARLOTTE, NC  
APR 30 2014  
US District Court  
Western District of NC

**RETURN**

I have executed this Judgment as follows:  
Subject released from USMS W/NC custody at the Mecklenburg County Jail on 11/22/2013. End of Federal sentence per BOP computation.

Defendant delivered on _____ to _____ at _____, with a certified copy of this Judgment.

KELLY M. NESBIT  
    United States Marshal

By: Brittany Ramsey, DA  
~~Deputy Marshal~~ BR 4/30/2014