

FILED
CHARLOTTE, NC

SEP 17 2015

U.S. DISTRICT COURT
WESTERN DISTRICT OF NC

FROM: The Royal Office of His Imperial Majesty, Emperor Omari Jibri El Ra Bey, Estate.

NATION NORTH CAROLINA.

GENERAL POSTMASTER OFFICE.

CHARLOTTE.

UNITED STATES MINOR, OUTLYING ISLANDS

NEAR [28226-9998]

7014 2870 0000 8559 6754
3:11CR 320

**TO**: His Holiness, Pope Francis. Apostolic Palace [00120] Vatican City

**TO:** The honorable President of the United States.
Barack Obama: Royal Chief of the Army/oval office.
600 17th street Washington North West District of Columbia [20508]