FOR REGISTRATION
J. David Granberry
REGISTER OF DEEDS
Mecklenburg County, NC
2015 OCT 08 12:49:31
BK:30335 PG:50-50
FEE:$26.00
INSTRUMENT # 2015132387

GAINELM

OMARI JIBRI Brunson

3:11CR 320



2015132387

**RETURNED TO CUSTOMER**

### CERTIFICATE OF ASSUMED NAME FOR A SOLE PROPRIETORSHIP, PARTNERSHIP, LIMITED PARTNERSHIP

The undersigned, proposing to engage in business in MECKLENBURG County, North Carolina under an assumed name or a partnership name, do hereby certify that:

1. The name under which the business is to be conducted is:

    International Indigenous Trust
    _____
    (Insert assumed or partnership name)

    OCT 08 2015

2. The names and addresses of all the owners of the business are:
    Emperor Omari Jibri Brunson El Ra Bey
    General Post office near Charlotte North Carolina Near [28226-9998]

    (Insert name and address of each owner)

In witness whereof, this certificate is signed by each of the owners of said business, this 8th day of October, 20 15.

Emperor Omari Jibri Brunson El Ra Bey _____ (seal)

_____ (seal)

_____ (seal)

State of North Carolina
County of Mecklenburg

I, Tanssi Katash-El, a Notary Public, do hereby certify that on this 8th day of October, 20 15, personally appeared before me Omari Jibri Brunson.

who are all signers of the forgoing instrument, and each acknowledged the due execution thereof.

Witness my hand and official seal, this the 8th day of October, 20 15.

_____
Notary Public
My Commission Expires: 12/30/2017

Case 3:11-cr-00320-RJC   Document 15   Filed 10/08/15   Page 1 of 1