3-31-15

STATE OF NORTH CAROLINA     IN THE GENERAL COURT OF JUSTICE

COUNTY OF MECKLENBURG     BEFORE THE CLERK OF SUPERIOR COURT
_____ SP _____

IN RE: CHANGE OF NAME          )
)
)
From: **Omari Jibri Brunson** )    NOTICE OF INTENT TO
*(Full name as shown on the birth certificate)* )    FILE NAME CHANGE
)
)
To: **Emperor Omari Jibri Brunson El RA Bey** )
*(Full name you desire to adopt)*

I hereby give notice of my intention to file a petition in the Office of the Clerk of Superior Court in and for Mecklenburg County, State of North Carolina, ten (10) days after the date of this Notice, requesting the Court to issue an Order changing my name

From: **Omari Jibri Brunson**
*(Full name as shown on the birth certificate)*

To: **Emperor Omari Jibri Brunson El RA Bey**
*(Full name petitioner desires to adopt)*

Dated: 20, March, 2015

ROSLYN SANCHEZ
Notary Public
Mecklenburg County
North Carolina
My Commission Expires Mar 11, 2017

Sworn to and subscribed before me this 20, March 2015
Roslyn Sanchez
Notary Public Roslyn Sanchez
My commission Expires 3-11-17

Petitioner's signature by: Omari Brunson ©

Petitioner's address 11015 Carmel Crossing Road

City Charlotte    State NC    Zip Code 28226

FOR REGISTRATION
J. David Granberry
REGISTER OF DEEDS
Mecklenburg County, NC
2015 APR 08 12:14:06
BK:29879 PG:302-302
FEE:$26.00
INSTRUMENT # 2015040734

TUCKEGW



2015040734

RETURNED TO CUSTOMER

### CERTIFICATE OF ASSUMED NAME FOR A SOLE PROPRIETORSHIP, PARTNERSHIP, LIMITED PARTNERSHIP

The undersigned, proposing to engage in business in Mecklenburg County, North Carolina under an assumed name or a partnership name, do hereby certify that:

1. The name under which the business is to be conducted is:

   OMARI JIBRI BRUNSON ESTATE

   (Insert assumed or partnership name)

2. The names and addresses of all the owners of the business are:

   Emperor Omari jibri brunson El Ra Bey    Post master office near [9998]
   Charlotte, North Carolina 28226

   (Insert name and address of each owner)

In witness whereof, this certificate is signed by each of the owners of said business, this __8__ day of __April__, 20 __15__.

_Omari Jibri Brunson_ (seal)
Omari Jibri Brunson (seal)
_____ (seal)

State of __NC__
County of __Meck__

I, __MaryAnn Whalen__, a Notary Public, do hereby certify that on this __8__ day of __April__, 20 __15__, personally appeared before me __Omari Jibri Brunson__

who are all signers of the forgoing instrument, and each acknowledged the due execution thereof.

Witness my hand and official seal, this the __8__ day of __April__, 20 __15__.

_MaryAnn Whalen_
Notary Public                                    (Affix Notary Seal)

My Commission Expires: __10-13-2015__