

7014 2870 0000 8559 6723

3:11CR 320

# My Brother Keeper at a Glance: OMARI Jibri Brunson©

In February 2014, President Obama launched the My brother Keeper (MBK) initiative to address persistent opportunity gaps faced by Women and boys and young people of Unidentified Nationality and ensure that ALL young men and especially our women can reach their full potential.

The initiative seeks to organize and capitalize on the commitment of community leaders in order to reach that goal. Starting this fall, the Administration will take the next crucial steps in this effort by issuing a challenge to cities, towns, counties and Tribal Nations across the country to become MBK Communities.

This Challenge represents a Call to action for all members of our communities, and Mayors, tribal leaders and town and county executives in particular, as they often sit at the intersection of many of the vital forces and structural components needed to enact sustainable change through policy, programs, and partnerships. In addition to issuing this challenge to Mayors and local officials, the Obama Administration has conducted outreach to business, leaders, non-profits, Philanthropies, and local school-systems, who are organizing independently to support community's efforts.

The Stay Sharp Marketing International and MBK Community Challenge encourages communities (cities , rural municipalities, and tribal nations) to implement a coherent "cradle-to-college- and career strategy" for improving the life outcomes of all indigenous people to ensure that they can reach their full potential, regardless of who they are, where they come from, or the circumstances into which they are Born.

It is important to underscore that this is not a new federal program, but rather a call to action and a targeted effort to convene leaders, identify effective strategies, and work together to accomplish our shared goal of improving life outcomes for all young people. Challenge participants are encouraged to reach out with questions or ideas by emailing localgovernment@who.eop.gov.

**FROM**: The Royal Executor office of his Imperial Majesty, Emperor Omari jibri El Ra Bey. Department of State unique identifier number #1237-7 Federal code #463 United States National. Non-resident non-domestic. Restoring the Indigenous Moor Empire here in North gate America/Amexum.

Nation North Carolina.
GENERAL POSTMASTER OFFICE.
CHARLOTTE.
UNITED STATES MINOR, OUTLYING ISLANDS
NEAR [28202-9998]

TO: **First Lady Michelle Obama**

The White House

1600 Pennsylvania Avenue North West Washington,

District of Columbia [20500]

CC: The Executive office of the President of the United States.
**The honorable Barack Obama**: Commander and
Chief of the Army/ oval office.
600 17th street Washington District of Columbia [20508]

CC: Treasurer of the United States.
The honorable
**Rosa Gumataotao Rios**
1500 Pennsylvania Avenue, NW
Washington, District of Columbia [20220]

CC: The office of The Department of Justice,
**The honorable Loretta E. Lynch**
950 Pennsylvania Avenue North West Washington District of Columbia
[20530-0001]

CC: The President/ Executive office of the World Bank.
**Dr. Jim Yong Kim**. 1818 H Street, North West, Washington District of Columbia [20433]

CC: The executive office of the United Nations.
**Mr. Ban Ki Moon** secretary general. 760 United Nations Plaza, New York City, New York [10017]

# Motu Proprio

I, Emperor Omari Jibri El Ra Bey has confirmed My pledge to build and execute Treaties to accomplish as many of the goals listed below as possible, and I will announce my Acceptance of the honorable President of the United States challenge to restore Our nation with a press release and media statement as requested by **Barack Obama**.

### On behalf of the International indigenous TRUST:

Funding for Barack Obama 501(c)4 nonprofit (MBK) " My Brother's Keeper program" of one hundred million dollars in Gold backed Aurum currency ($100,000,000) from the International Indigenous Trust endorsed by and under writer of Bond:, Emperor Omari Jibri el Ra Bey Consular and under writer of the Trust.

### Issue # 1: immediate Reparations for the Indigenous Muurs/ Moors, Moorish Americans of the International indigenous trust:

Ensure that the president of the World Bank **Dr. Jim Yong Kim** will keep track of the New gold Backed currency and consult with tribal leader Emperor Omari Jibri El Ra Bey on the global economic trades of commerce and all trading activity on forex/stock exchange, import and export etc., with all our Gold backed currency being held with the highest protection belonging to the International Indigenous Peoples trust for the Muurs/Moors of America/Amexum, so we can restore good faith for the public.

> A) Ensure the United Nations up hold all treaties, trade agreements, Geneva conventions in the rules of War and conduct and announce all proclamations with great faith and good hope in the ending of world poverty and racism on indigenous people in America/Amexum.

B) Ensure The United Nations Prime ministers/diplomatic ambassadors/ counselor from foreign Nations outside the United States of America address their agenda to the Emperor Omari jibri el Ra Bey of any Matters pertaining to American business, Treaties, multilateral agreements, land swaps of the organic Indigenous American People lands in the north gate Amexum with Moorish decent.

**C) Ensure that global warming and green industries are maintained as our top objective in restoring our planet eco system using all Break through Solutions International LLC technology / health care / surveillance and green Construction formulas.**

## Issue # 2: Ensure all Children enter school cognitively by the United States Department Of education, physically, socially and emotionally ready.

A) Ensure all youth remain safe from violent crime and receive second Chances.

B) Ensure all youth out of school are employed.

C) Ensure all youth complete post-secondary education or training.

D) Ensure affordable education programs for all youth of indigenous origin.

## Issue # 3: Ensure Safety for indigenous people Human rights by the Department of Justice Attorney General Loretta E. Lynch.

A) Ensure police officers and Sheriffs are educated in approaching indigenous people of and on their lands and recognize Their, culture, status, currency and religious Practices are not to be infringed and held with the highest respect and protection.

B) Ensure Police departments bilateral agreements with European foreign nations give full discloser of their mission and agenda conducting business with limited diplomatic immunities here on American soil by the Freedom of information act.

C) Proper identification of the sending countries Police department that Enforce European British Laws that use coercion and extortion with extreme violent acts on indigenous People in America.

D) Ensure that the Executive office of the sheriff department protects this TRUST/ currency and up hold the constitution protecting indigenous lands, property, inalienable and alienable rights.

## Designation of Trust:

The Trust shall be known as the International Indigenous Trust and the Trustees (and Organizer) may carry out any transaction on behalf of this Trust and enter into any contract or arrangements or otherwise exercise any of the powers, discretion and authorities hereunder upon them conferred by Emperor Omari Jibri El Ra Bey.

## Reporting:

The Trustees will Report to the Beneficiaries on a regular basis by filing such Reports with the Governments under whose Laws the Trust operates, namely the International world court, the indigenous United Nations General Assembly and the Moorish Republic. Reporting are to be according to Triple Bottom Line Accounting Standards as influenced by the Global Reporting Initiative.

## Addendum to Trust Document Income:

### The income of this trust will be through the following channels:
1) participation in the BSI "BREAK THROUGH SOLUTIONS INTERNATIONAL LLC –pure nature 1% solution – a global brand label tithing program promoting corporate social responsibility, Cleaning our environment and promoting Global green energy resources.
2) **Redirected tax allocation by all corporations and non-indigenous individuals in the Claim areas of all the 50 Nations States of America/Amexum and the joining Islands, Soil, mineral, air, water and universal galactic rights all to be deposit in this International Indigenous trust.**
3) Rentals and leases of lands in the claim area.

### Land Included in the Trust

1) All claims of the First Nations International Indigenous peoples.
2) In particular in all of North America/ Amexum – standing on the Treaty of Peace and friendship in Tripoli 1786 between Morocco and The United States recorded with the Articles of the United Nations Proclamation referring to "all lands. – Where the water line meets, including the joining islands.
3) All Lands

### Administration of the Trust:

The Trust will be administered by a Council of Elders selected by process to be determined. The organizing committee will be headed up by beneficiary tribal leader Emperor **Omari Jibri El Ra Bey** who now appoints **The First lady Michelle Obama** and President of the United States of America/ Amexum, **Barack Obama.** Emperor

Omari Jibri El Ra Bey will declare a public pledge in collaboration with the "MBK" My Brother's Keeper Program here in north gate of America/Amexum from the Royal Office in The Nation State of North Carolina City of Charlotte. E pluribus Unum.

## This Matter is Final
## Motu Proprio

This is the International Indigenous Trust that will be relied upon by the World Bank/United Nations.

Indigenous-Beneficiary: *Omari Jibri El Ra Bey*
HIS IMPERIAL MAJESTY
Emperor Omari Jibri El Ra Bey

About   Contact   Services   Media Center   Legislation   Issues   Resources

Search



UNITED STATES CONGRESSMAN
ROBERT PITTENGER

Home » Contact » Email Me

# Email Me - Thank You

The following information has been submitted:

Name: *Emperor Omari Jibri El Ra Bey LS*

Address: *1817 wandering way drive ,*
City/State/Zip: *Charlotte , NC 28226*

E-mail: *OmariGvTequila@gmail.com*
Telephone: *980-320-7004 Voice*

Issue: *BANK*

Message Subject: *International Indigenous Trust . Active*
Message Text:
*Emperor Omari Jibri El Ra Bey And President Barack Obama Funding of $100,000,000 in gold backed Currency of the Indigenous trust Transfer from: Rosa Gumataotao Rios Treasurer of the United States Treasury order to Transfer To: Barack Obama "MBk" My Brother's Keeper Program 501(c)4 .. acitve in the Nation State of North Carolina City of Charlotte. Routing Number of the Royal order. #7014-2870-0000-8559-6754.. this Matter is here by Final . Order to Robert Pittenger CongressMen of Charlotte. Order of full cooperation from you and your staff and offices. Indigenous Affairs United Nations world Court.*

Would you like a response? *Y*

## Contact

Email Me

Newsletter Subscription

Offices

Invite Me to Speak

Request a Meeting

Website Problem

## Newsletter Signup



Get updates on important issues sent directly to your email address.

## Stay Connected