Prepared by and mail TO:  
   **John Boehner**  
   C/O Post Master office

From: The Royal Desk of  
   **Emperor Omari Jibri**  
   C/O Continental Congress



**FILED**
CHARLOTTE, NC

OCT 2 9 2015

U.S. DISTRICT COURT
WESTERN DISTRICT OF NC

# Federal Government Bail out Bill

## Acceptance For Value

## Under Treaty

*Motu Proprio*

### FINACIAL DEPARTMENT

311cr320 United States District Court

Western District Court of North Carolina.

**TO:** The Desk of the President, The Honorable Barack Obama.

**To:** Executive Chief Staff of the executive Office, Denis McDonough.

cc: Valerie Jarreth Senior Adviser to President Obama.

cc: Christina M. Tchen, Director of OPE.

cc: Michael Strautmanis, Chief of Staff to the President for intergovernment relations and public engagements.

**Regarding: The International Indigenous Trust For Reconstruction and Development.**

**Amendments to Executive Orders signed by Barack Obama, endorsed by Emperor:**

    Omari Jibri and revised by the Contientail Congress of the Republic.

  International Indigenous Intergovernment Affairs in America of the North Gate;

    Status: Active in the Nation State of North Carolina City of Charlotte.

    All Trading Platforms and Exchanges Foreign and Domestic and all World

        Markets are hereby on Notice.

- **Executive order 13637 signed: March 8, 2013 Federal Register page: 78 (fr) 16129 3/13/13**

The International Indigenous Trust having full faith and credit in any and all jurisdictions and venues within UNITED STATES Territories and Nations supporting, participating in the Trans-Pacific-Partership en-acted by President Barack Obama endorsed by Emperor Omari Jibri, shall accept for Value the International Indigenous Notes, Bonds, International Bill of Exchange, Dollars, Gold minted Currency with the Highest Respect and Protections in exchanging Federal Reserve Notes for Domestic use only in the North Gate of Amexum/America until International Debts are settled.

- **Executive Order 13647: signed June 26,2013 Federal Register page: 78 (fr) 39539 7/1/2013.**

The International Indigenous Trusts, is backed by indigenous peoples Lands, gold, oil, gems diamonds and blood and being held in safekeepings by Emperor Omari Jibri secured in private account in the Global debt facility and only confirmed by Emperor Omari Jibri Thumb print in accessing the account. All treaties are on file with the United Nations in relation to the Moors/Mu'urs of North America classified as chattel propety with the titles **Black, Colored, African-Americans, Negros** or **Native Americans , Indians** etc. International Recognition of Nationality is ordered for these classified groups of Indigenous Peoples/Persons with acts of Domestic Terrorism being committed on them daily on their Lands in North America/Amexum.

Any and all Corporations are hereby orderd to cease and desist Interference with the International Indigenous Trust, trustee's, Agents, Banks, Bankers, Benificiares in any and all Commercial Affairs and they have full authority in alienable and Inalienable Rights held with the Highest Respect and Honor. Any and all Persons will be arrested for Violating any Indigenous Affiars under the Rights of Indigenous People reflected in the United Nations Proclamations.

All Usurpations of Law committed by Failed Banks, Charlotte Mecklenburg State Departments and Mecklenburg Sheriff's Departments by and through, Mecklenburg County District Courts, Constitues Misuse of the Legal Proccess, Malicious Abuse with the intent to harass, using coercion, Extorting with vengeful Misuse of Authority given.

- Emperor demands conveyance of clear Tittles to Real Estate furnished by failed Banks.
- Emperor demands Punishment for the acts of Bankers, Chief of Police, Lawyers acting as Trustee's to failed Banks, pursuant to **tittle 18 U.S. Code 241 Part I ,chapter 13** where the Defendants is a Corporation the Chief Executive Officer shall stand the charges.
- Emperor demands that the State Agencies, Municipalites, Clerks of Courts, Real Estate Agents, Sheriff's Departments, deputy Sheriff's, Police Departments, Police Officers, Property Management Companies and brokerage Firms acting unlawfully on behalf of the rouge failed Banks, license to be revoked and Offices shut down and locked by the very Sheriff's Office in that County.

**Notice:** Documents originated by Emperor Omari Jibri "secured party" will be seald by thumb print or Royal Seal from his desk. All communications and correspondences, trade Request, trade Agreements, Bank Drafts, monetary Instruments, private placement Contracts or Treaties etc. All Transactions initiated by other Parties, in other Addresses are not authorized. No intermediaries, Mandates or brokers have been apporved to authorize any transactions in the Name of Emperor Omari Jibri or the Trust and Trustee's.

**This matter is hereby FINAL .**

**Forward to: Imf (international monetary fund)**
   **Cc: Interpol**
   **Cc: World court**
   **Cc: World Trade Organization**

Subscribed and sworn to before me this day 28th of Month _October_ year _2015_ Known to me or proven to be the persons scribed in this foregoing Amendment, Affidavit of Truth, Statements of Facts.

My commission expires _February 5, 2019_    _Kimberly Ingram_
                                              NOTARY PUBLIC                (Affix seal)

By: _____    by: _Omari Jibri_
   President Barack Obama           Emperor Omari Jibri

                       By_____
                       Ban Ki Moon United Nations Secretary General

Page 1 of 2