114th Continental Congress United States Western District Financial Department #311cr320 (TPP)

FILED
CHARLOTTE, NC
NOV 12 2015
U.S. DISTRICT COURT
WESTERN DISTRICT OF NC

INTERNATIONAL INDIGENOUS TRUST

GOLD BACKED BOND

SPECIAL DRAWING RIGHTS

OF

SEVEN HUNDERD AND SEVENTY SEVEN

TRILLION INDIGENOUS DOLLARS

[$ 777,000,000,000,000]

DECLARED BY 170,000 METRIC TONS OF GOLD

HELD IN GLOBAL DEBT FACILITY

PLEDGED IN THE UNITED STATES TREASURY

BY: EMPEROR OMARI JIBRI

TO: ROSIE GUMATAOTAO, TREASURER OF THE UNITED STATES.

CERTIFIED MAIL RECEIPT #7014-3490-0001-3875-2354

TO: CHRISTINE LAGARDE, DIRECTOR OF THE "IMF"

CERTIFIED MAIL RECEIPT #7014-3490-0001-3875-2347

**Memorandum of Understanding**: This Gold backed bond is based on Treaty Currency Exchange/ Private Foreign Exchange Currency Exchange Agreements: This is not a Solicitation for Funds. All parties acknowledge that the International Indigenous Trust is not a licensed securities sealer, nor Investment advisor, nor banker. No information provided herein shall be considered a solicitation. The International Indigenous Trust is in contact with Euro/USD Providers that are capable and willing to engage in private currency exchanges for gold backed indigenous dollars that will be freely traded with Nations participating with the Emperor **Trans-Pacific-Partnership** agreements by way of President Barack Obama acting as agent of **Emperor Omari Jibri** and protector of account **TVM-LSM-666 gold code #777**/held in Trust for Humanity at the global debt facility honored by United States Congress by way of **The Treaty of Tripoli** (*Treaty of Peace and Friendship between the United States of America and the Bey and Subjects of Tripoli of Barbary*) the first treaty concluded between the United States and Tripolitania, signed at Tripoli on November 4, 1796, and at Algiers (for a third-party witness) on January 3, 1797. Submitted to the Senate by President John Adams, receiving ratification unanimously from the U.S. Senate on June 7, 1797, and signed by Adams, taking effect as the law of the land on June 10, 1797.

The foregoing instrument was acknowledged before me this 12th day of Month November of year 2015. By: _____ My commission expires 12/30/201 7 Notary Public Charlotte Mecklenburg County, North Carolina.

[ Affix seal]

Emperor _____(L.S) Trustee Bank_____ Barack Obama_____(L.S)

5th Congress                    No. 1-22                    1st session
                              Treaty of Tripoli