3:11cr320

Page 1-2 C/O United States Marshals   Prepared For/By: Emperor Omari Jibri   C/O Barack Obama
Continental Congress of the Republic

H.R.77 -- Free Competition in Currency Act of 2013

(Introduced in House - IH)

**FILED**
**CHARLOTTE, NC**

NOV 1 8 2015

**U.S. DISTRICT COURT**
**WESTERN DISTRICT OF NC**

HR 77 IH

113th CONGRESS
1st Session
**H. R. 77**

To repeal the legal tender laws, to prohibit taxation on certain coins and bullion, and to repeal superfluous sections related to coinage.

### IN THE HOUSE OF REPRESENTATIVES

## January 3, 2013

Mr. BROUN of Georgia introduced the following bill; which was referred to the Committee on Financial Services, and in addition to the Committees on Ways and Means and the Judiciary, for a period to be subsequently determined by the Speaker, in each case for consideration of such provisions as fall within the jurisdiction of the committee concerned

---

### A BILL

To repeal the legal tender laws, to prohibit taxation on certain coins and bullion, and to repeal superfluous sections related to coinage.

> Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled,

## SECTION 1. SHORT TITLE.

This Act may be cited as the `Free Competition in Currency Act of 2013'.

## SEC. 2. REPEAL OF LEGAL TENDER LAWS.

(a) In General- Section 5103 of title 31, United States Code (relating to legal tender), is hereby repealed.
(b) Clerical Amendment- The table of sections for subchapter I of chapter 51 of title 31, United States Code, is amended by striking the item relating to section 5103 and inserting the following new item:
`5103. [Repealed].'

## SEC. 3. NO TAX ON CERTAIN COINS AND BULLION.

(A) In General- Notwithstanding any other provision of law--
(1) No tax may be imposed on (or with respect to the sale, exchange, or other disposition of) any coin, medal, token, or gold, silver, platinum, palladium, or rhodium bullion, whether issued by a State, the United States, a foreign government, or any other person; and
(2) No State may assess any tax or fee on any currency, or any other monetary instrument, which is used in the transaction of interstate commerce or commerce with a foreign country, and which is subject to the enjoyment of legal tender status under article I, Section 10 of the United States Constitution.
(b) Effective Date- This section shall take effect on December 31, 2013, but shall not apply to taxes or fees imposed before such date.

## SEC. 4. REPEAL OF SUPERFLUOUS SECTIONS.

(a) In General- Title 18, United States Code, is amended by striking sections 486 (relating to uttering coins of gold, silver, or other metal) and 489 (making or possessing likeness of coins).
(b) Conforming Amendment to Table of Sections- The table of sections at the beginning of chapter 25 of title 18, United States Code, is amended by striking the items relating to the sections stricken by subsection (a).
(c) Special Rule Concerning Retroactive Effect- Any prosecution under the sections stricken by subsection (a) shall abate upon the taking effect of this section. Any previous conviction under those sections shall be null and void.

**Regarding: The International Indigenous Trust For Reconstruction and Development.**

**Amendments to Executive orders Signed by Barack Obama, Endorsed by Emperor Omari Jibri and revised by the Contiental Congress of the Republic.**

**International Indigenous Trust Intergovernment affairs in America of the North gate;**

**Status Active in the Nation State of North Carolina City of Charlotte.**

**All Trading Platforms and Exchanges Foreign and Domestic and All world**

**Markets are hereby on Notice.**

- **Executive order 13637 signed: March 8, 2013 Federal Resgister page: 78 (fr) 16129 3/13/13**

The International Indigenous Trust having full faith and credit in any and all jurisdictions and venues within UNITED STATES territories and Nations supporting/participating in the Trans-Pacific-Partnership en-acted by President Barack Obama Endorsed by Emperor Omari Jibri, shall Accept for value the International Indigenous Notes, Bonds, bills of exchange , dollars, Silve/Gold minted currency with the Highest respect and protections in exchanging Federal Reserve Notes for domestic use only in the North Gate of Amexum/America until international debts are Settled.

- **Executive order 13647: signed June 26,2013 Federal Resgister page: 78 (fr) 39539 7/1/2013.**

The International Indigenous Trusts, Is backed by indigenous peoples Lands, gold,oil,gems diamonds and blood is being held in safekeepings by Emperor Omari Jibri secured in private account in the Global debt facility and only confirmed by Emperor Omari Jibri Thumb print in accessing the account. All treaties are on file with the United Nations in relation to the Moors/Mu'urs of tripoli in North america classified as chattel propety of the titles Black, colored, African-Americans, negros or Native Americans, indians by UNITED STATES GOVERNMENT.

Any and all Corporations are hereby orderd to cease and desist Interference with the International Indigenous Trust, trustee's , agents, banks, bankers, Benificiares in any and all Commercial affairs and have full authority in alienable and Inalienable Rights held with the Highest respect and Honor in exchanging Federal Reserve notes of said face value of any Indigenous Bills, Notes, Bonds. Any and all Persons will be arrested for Violating any Indigenous affiars under the Rights of Indigenous People reflected in the United Nations proclamations.

By Emperor: _[signature]_ (L.S)

STATE OF NORTH CAROLINA COUNTY OF MECKLENBURG

The Foregoing Instrument was acknowledged before me this _18th_ day, month of _November_ year _2015_ .

By _Parissi Katah_ my commission expires: _12/30/2017_.

Notary Public _[signature]_ Mecklenburg, North Carolina.

[Affix seal]
NOTARY PUBLIC
MECKLENBURG COUNTY
MY COMMISSION
EXPIRES
12/30/2017
NORTH CAROLINA