ROBERT PITTENGER
9th District of North Carolina

http://pittenger.house.gov

# Congress of the United States
## House of Representatives
### Washington, DC 20515

3||cA320
Omari Sibri Brunson

224 Cannon
Office Building
(202) 225-1976

November 24, 2015

FILED
CHARLOTTE, NC

DEC 8 2015

U.S. DISTRICT COURT
WESTERN DISTRICT OF NC

Emperor Omari El Ra Bey
1817 Wandering Way Drive
Charlotte, North Carolina, 28226-5737

Dear Emperor:

Thank you for contacting me about the Trans-Pacific Partnership (TPP) trade agreement. Your opinions are invaluable to me, and I appreciate you taking the time to share them with me.

The Trans-Pacific Partnership is a proposed free trade agreement (FTA) between the United States, Australia, Brunei, Canada, Chile, Japan, Malaysia, Mexico, New Zealand, Peru, Singapore, and Vietnam.

On October 5, trade ministers from each country announced the conclusion of negotiations of the TPP, and on November 5, the final text of the agreement was made public.

Removing barriers to trade must be a priority for the United States in order to gain access to thriving world markets. FTA's can play a crucial role in creating American jobs and strengthening American influence internationally. The TPP has the potential to be a great catalyst for economic growth and prosperity, however, I am prepared to review the agreement in its entirety and address existing concerns.

For example, there have been concerns raised about potential effects on North Carolina's textile industry. As a member of the House Textiles Caucus, I have been working with industry officials to prioritize stronger rules that will preserve and create U.S. jobs.

Additional concerns have been raised by North Carolina farmers regarding the tobacco export language in the TPP. To this end, I have urged the Administration to regulate all agricultural products under the same rules, similar to previous trade agreements.

Thank you again for contacting me. Representing you in the United States House of Representatives is an honor. Please continue to share your thoughts with me, and do not hesitate to call if I may ever be of service.

Sincerely,

Robert Pittenger
Member of Congress

RP/JC

Get updates on important issues sent directly to your email by signing up for my eNewsletter.

Please do not reply to this email, as this box is unattended.
Instead, please use the contact form on my website if you have any further comments.

Get connected to my office with social media.

Charlotte District Office:
2701 Coltsgate Drive
Suite 105
Charlotte, North Carolina 28211
Phone: (704) 365-6234

Mooresville District Office
116 Morlake Drive
Suite 101A
Mooresville, NC 28117
Phone: (704) 696-8188