3:11CR320　Omari Brunson ©

# Fwd: Share your letter to Congress with friends

Omari JIBRI [omarigvtequila@gmail.com]
Sent: Wednesday, December 09, 2015 11:36 AM
To: Staples Copy Center #1793

FILED
CHARLOTTE, NC
DEC 9 2015
U.S. DISTRICT COURT
WESTERN DISTRICT OF NC

4

---------- Forwarded message ----------
From: <no-reply@downsizedc.org>
Date: Tuesday, December 8, 2015
Subject: Share your letter to Congress with friends
To: OmariGvTequila@gmail.com


Here's a copy of your letter to Congress. Please share it with friends. Ask them to send a letter too. Grow the Downsize DC Army!

- - - - - - - - - - - - - - - - - - -

Subject: Free Competition in Currency Act

Co-sponsor the "Free Competition in Currency Act" (HR 77).

#EmperorOmariJibri

Greetings to all,

As I have special interest in addressing all city counsels sworn in office to serve and consult with me on all commercial affairs In the city of Charlotte , Mecklenburg County , Nation State of North Carolina . Let it be known to all governmental officials, Agents and principals in their official and public capacity Declare that this is a Public DECREE by Emperor Omari Jibri , To set the International Indigenous Trust gold backed Dollars in circulation in all Trading Platforms , Retail outlets , housing Markets , Energy Corporations , Motor vehicle dealerships , Bank Corporations , medical facilities , bail bonds , foreign and Domestic trades , hereThen and after but not limited to these trading foundations In The organic Continental United States . I , Emperor Omari Jibri hereby DECREE that all gold backed Cards that bear the name "International Indigenous Trust" shall be the only Authorized Legal Tender distributed only by Emperor's Royal Office, having the Purchasing
 Power of $150.00 usd ( one hundred and fifty dollars) in "federal Reserve Notes" per gram (1.0g)  with 999.9% gold purity bullion in exchanging gold for goods and services priced by worthless  federal Reserve Notes. Let it be known that the Royal office is An intergovernmental Organization exempt from levy having Indigenous Status  with Moors Nationals as agents , trustees , consoles ,Sargents Generals ,soldiers all who protect and is his Imperial Majesties ministers of finance and aid .

#InternationalIndigenousTrust
Building new trade treaties from North   America to You!!
Best Regards.
Emperor Omari Jibri

Mr. Emperor Jibri
1817 Wandering Way Drive
Charlotte, NC 28226-5737

OmariGvTequila@gmail.com

------------------------

The campaign used to send this message can be found here: https://www.downsizedc.org/etp/honest-money/

Your message was sent to the following recipients: Representative Robert Pittenger, Senator Richard Burr, Senator Thom Tillis.

--

Sent from Gmail Mobile