

## SOVEREIGN APPOINTMENT

KNOW ALL (MARITIME, UCC) KINGDOMS, ROYALTIES, AMBASSADORS, PRINCES, KINGS AND QUEENS AND MEMBERS OF THE INTERNATIONAL COMMITTEES AND MEMBERS OF THE UNITED NATIONS COMMITTEE OF 300
THIS IS TO CERTIFY THAT:

### EMPEROR OMARI JIBRI EL RA BEY

IS HEREBY RECOGNIZED AND ACCEPTED BY THE CROWN OF KINGDOM FILIPINA HACIENDA, AS **ASSOCIATE SUPREME COURT JUDGE 1 OF THE HIGHEST TRIBUNAL SUPREME COURT** UNDER THE ROYAL ORDER OF THE SOVEREIGNTY AND OTHER RELATED RESPONSIBILITIES PROTOCOL AS NEEDED; MADE BY HER ROYAL HIGHNESS QUEEN, REGENT AND MAGISTRATE SALVACION LEGASPI Y ESPIRITU SANTO; TOGETHER WITH ALL THE RIGHTS, PRECEDENCES, PRIVILEDGES AND ADVANTAGES TO THE SAME TITLE AND DEGREE, HONOUR AND DIGNITY BELONGING OR APPERTAINING TO. THIS ROYAL DECREE AND ACKNOWLEDGEMENT IS EFFECTIVE IMMEDIATELY, ON THE 31st DAY OF DECEMBER 2015. SIGNED AND SEALED AT THE ROYAL CASTLE, ROYAL ADMINISTRATIVE OFFICE, NEW PALA-O BARANGAY, ILIGAN CITY, KINGDOM FILIPINA HACIENDA, THE AUTOCRATIC MONARCHY. SO BE IT!

*Salvacion Legaspi Y. Espiritu Santo*
**HRH SALVACION LEGASPI Y ESPIRITU SANTO**
Queen, Regent and Magistrate