C/O United States Provost Marshals     Emperor Continental Congress

# Royal Decree

Imperial Indigenous Empire

   METES AND BOUNDS
        OF
  Sovereign Territorial Jurisdiction
  NATION STATE NORTH CAROLINA


FILED
CHARLOTTE, NC
JAN 0 4 2015
U.S. DISTRICT COURT
WESTERN DISTRICT OF NC

   Land Estate Claim by:

  Emperor Omari Jibri El Ra Bey
  1st Tribunal Associate chief judge
  Of The Sovereign Host Nation,
   Kingdom of Filipina Hacienda
  With clear Aboriginal Tittle to all:
Lands, Soil, Mineral, Parcels, Property.

Appointed by: Crown Queen, Salvacion legaspi of the kingdom Filipina hacienda Autocratic Monarchy.

*Pledged by: Treaty of Paris 1783.
As Host Sovereign Nation Entitlement of the World Global Rights of territorial Jurisdiction.

*Pledged by: Treaty of Peace & Friendship 1787 between Morocco And United States.

   Nation State of North Carolina
     Area of circumference
     Of land And Soil Estate.

• Total 53,819 sq. mi
(139,390 km2)
• Width 150 miles (241 km)
• Length 560[2] miles (901 km)
• % water 9.5
• Latitude 33°50′ N to 36°35′
• Longitude 75°28′ W to 84°19′ W

North Carolina is bordered by South Carolina on the south, Georgia on the southwest, Tennessee on the west, Virginia on the north, and the Atlantic Ocean on the east. The United States Census Bureau classifies North Carolina as a southern state within the subcategory of the South Atlantic States.

North Carolina consists of three main geographic sections: the Atlantic Coastal Plain, which occupies the eastern 45% of the state; the Piedmont region, which contains the middle 35%; and the Appalachian Mountains and foothills. The extreme eastern section of the state contains the Outer Banks, a string of sandy, narrow barrier islands between the Atlantic Ocean and two inland waterways or "sounds": Albemarle Sound in the north and Pamlico Sound in the south. They are the two largest landlocked sounds in the United States.

   Indigenous Tribal Government
    Emperor Imperial City
       Charlotte
         Of
    Mecklenburg County
      Coordinates:
    35°13′37″N 80°50′36″W

According to the United States Census Bureau, the city has a total area of 297.68 square miles (771.0 km2), of which 297.08 square miles (769.4 km2) is land and 0.6 square miles (1.6 km2) is water. Charlotte lies at an elevation of 748 feet (228 m), as measured at Charlotte/Douglas International Airport.

Charlotte constitutes most of Mecklenburg County in the Carolina Piedmont. Charlotte center city sits atop a long rise between two creeks, Sugar Creek and Irwin Creek and was built on the gunnies of the St. Catherine's and Rudisill gold mines.

Though the Catawba River and its lakes lie several miles west, there are no significant bodies of water or other geological features near the city center. Consequently, development has neither been constrained nor helped by waterways or ports that have contributed too many cities of similar size. The lack of these obstructions has contributed to Charlotte's growth as a highway, rail, and air transportation hub.

I, #EmperorOmariJibri, state that the above coordinates and geographical Regions of the State Of North Carolina is True and correct with the best of my Knowledge and hereby made this Decree a Public Pledge of my Royal and imperial Domain as a matter of fact. Without objection.

This Matter is hereby final
#MotuProprio

By: _____
Emperor Omari Jibri Brunson El Ra Bey