3:1

**FILED**
CHARLOTTE, NC

MAR 10 2016

U.S. DISTRICT COURT
WESTERN DISTRICT OF NC

FOR REGISTRATION
J. David Granberry
REGISTER OF DEEDS
Mecklenburg County, NC
2016 MAR 10 11:18:31 AM
BK:30650 PG:893-893
FEE:$26.00
INSTRUMENT # 2016027014

GAINELM



2016027014

**RETURNED TO CUSTOMER**

### CERTIFICATE OF ASSUMED NAME FOR A SOLE PROPRIETORSHIP, PARTNERSHIP, LIMITED PARTNERSHIP

The undersigned, proposing to engage in business in **Mecklenburg** County, North Carolina under an assumed name or a partnership name, do hereby certify that:

1. The name under which the business is to be conducted is:

   Highest Tribunal Supreme Court De Jure

   **(Insert assumed or partnership name)**

2. The names and addresses of all the owners of the business are:

   Emperor Omari jibri Brunson El Ra Bey United States Postal Union City of Charlotte Nation North Carolina near [28226]

   Barack Obama 600 17th Street Washington District of Columbia North West [20508]

   **(Insert name and address of each owner)**

In witness whereof, this certificate is signed by each of the owners of said business, this ___8TH___ day of ___March___, 20 _16_ .

_by: Omari Jibri El Ra Bey_ (seal)

_____ (seal)

_____ (seal)

State of __North Carolina__
County of __Mecklenburg__

I, __Debra S. Smith__, a Notary Public, do hereby certify that on this ___8th___ day of ___March___, 20 _16_, personally appeared before me __Omari Jibri El Ra Bey__

who are all signers of the forgoing instrument, and each acknowledged the due execution thereof.

Witness my hand and official seal, this the __8th__ day of ___March___, 20 _16_.

_Debra S. Smith_
**Notary Public**

My Commission Expires: __12·16·2017__