

# CHARLOTTE..

FILED
CHARLOTTE, NC
MAR 1 0 2016
U.S. DISTRICT COURT
WESTERN DISTRICT OF NC

Public Mandate Declared on 22nd day of February 2016

City Council Business Meeting

2016-02-22 5:00 PM

MP3 Audio     MP4 Video

http://Charmeck.org/city/charlotte/CityCouncil/meetings/page/default.aspx

Public notice To: All Registered business in the city of Charlotte nation state of North Carolina.

Regarding: The Alternative Gold Currency issued by the International Indigenous Trust, Accepted as payment for all goods and services and settlement of public and private debt. Status Active in the Nation State of North Carolina, City of Charlotte.

## Legal Tender Act

The office of the International Indigenous trust registered in the federal financial department clerk of courts, western district of North Carolina file #311cr320, has made a public Mandate to the city of Charlotte council and board and Pledged to the Obama administration to exchange all Public debt by enforcing Article 1 section 10 of the constitution.

The Alternative gold currency have (1.01g) authenticity with 999.9% purity of the finest 24k gold from The London Bullion Market accreditation, with the Gold imbedded in the dollars, cards and notes. The purchasing power of the International Indigenous Trust Gold Cards/ dollars is $150.00 usd per gram and is used as a medium of exchange on all trading Platforms who price their goods and service by Federal Reserve debt notes.

### United Nations Proclamation of Aboriginal and Indigenous People Article 1-50

All Business, Corporations and Individuals operating in commerce on the Indigenous Peoples lands in Nation State North Carolina, City of Charlotte, is hereby Put on official notice to Accept; in full faith and credit, the International Indigenous Trust Currencies on all Trading Platforms without Prejudice or discrimination and is hereby exercising the birth rights, Human Rights and Free Trades Protected by International Laws Reflected in the United Nations Articles of Indigenous Peoples Act. All States are in violation of Article 1 section 10 of the constitution which declares that "No State shall make nothing but gold and silver a tender in payment".

### This Matter is hereby final

Motu Proprio

This Imperial Decree is Signed and Sealed

By the hand of : *Emperor Omari Jibri El Ra Bey* (L.S)

Emperor Omari Jibri El Ra Bey

1st associate Judge of the Highest Tribunal Supreme Court de Jure.

Enforcer of Article 1 section 10 of the constitution.

United Nations of Aboriginal and Indigenous Peoples Act.

Info: EmperorGoldTrust@gmail.com