Emperor Omari Jibri Brunson El AA Bey 311CA320



# Sultanate Ea Al Maurikanuus Estados

## Imperial Foreign Ministry

Suite 4783 Miami Beach, Florida Republic (33141-9998) Non Domestic

*"In the future there will be new Moors, they will come with their hearts, and Minds wide open. They will tell the Old Moors to sit in the Back, and they will fulfill my law."*

- Oral Statement of The Prophet Noble Drew Ali 1928

**FILED
CHARLOTTE, NC

APR 19 2016

U.S. DISTRICT COURT
WESTERN DISTRICT OF NC**

☾ **Letter of Diplomatic Appointment to Embassy & Consul** ☾

on behalf of *Noble Grand Sheik Yashua Ankh Bey El*

TO: Peter A. Selfridge, Chief Of Protocol
Office of the Chief of Protocol
2201 C Street NW. Room 1238
Washington, DC 20520

From: Sultan Prince Charles E. L. Rogers El
Sultanate Ea Al Maurikanuus Estados
Seat Of The Sultanate's Government At The "Isle of Flowers"
c/o Imperial Foreign Ministry Of Empire
Suite 4783 Miami Beach
Florida Republic (33141-9998)

A Salam Al Laikum,

I pray that Allah finds you and your family well. My name is Prince Charles E. L. Rogers El. I have been appointed Sultan Of Al

Case 3:11-cr-00320-RJC   Document 27   Filed 04/19/16   Page 1 of 7
RA295734146US

Maurikanuus Estados, by our beloved Supreme Caliphate of Al Maurikanuus Estados. We Are Moorish American Nationals of specific Temple States of the Moorish Science Temple Of America Divine and National Movement. We have sought it proper to consolidate our government by re constituting the Seat of The Sultan Of Marocco left vacant by Mohammed Ben Abdullah El (1790). Our Prophet erected the Temple as an Ecclesiastical State for us to come into the Knowledge of Allah. The Moorish Science Temple Of America (and The World), opened the doors for Moslem / Muslims to practice openly in The Al Maurikauus (Americas Estates) also called The Al Magreb al Aqsa in Islamic historical records. Therefore the Caliphate of Sultanate Ea Al Amurikanuus Estados, has appointed the Sultan to dispatch Emissaries, Special Moorish Envoys, Consecrated Missionaries, Ambasssadors, Supreme Grand Sheiks, Grand Sheiks, and Shariffs to various Embassies within the Empire. As protocol requires that a Diplomat form our Country (Sultanate Ea Al Maurikanuus Estados) be premaritally posted in El Sanguine (New York), for the purpose of liaison to the United Nations and its various agencies. To That end I hereby Appointed and Consecrate Noble Grand Sheik Yashua Ankh Bey El, to The Position of Diplomatic Consul Generalissmo (General) of The Sultanate Ea Al Maurkinauus Estados Imperial Foreign Mission. He is to be extended all rights and rights and honors awarded a Diplomat of A-1 status. He is backed by the full faith and credit of his office and that of the Empire. The Sultan's seals that bind this proclamation is prima facie evidence of The express trust given Noble Grand Sheik Yashua Ankh Bey El. The above mentioned Diplomat has been given the divine right to establish An Embassy Consul called "The Imperial Foreign Ministry" "MST of A Temple State 2 A 2. To provide Consul for Moors Customs, full faith and credit, in their own land, in their own habit inshallah. The Sultan has endeavored to re establish our government's central authority at The Queen;s City Charlotte in Our Mecklenburg Dominions (North Carolina Republic), also the birth place of our Prophet who se ancestors were Moors of The Ancient Cherokee Nations, As well as Queen Charlotte of Mecklenburg Sterlitz Coburg Sax Gothe Bey, of The Holy Roman Empire.

the seat of The Sultanate here at Al Andalusia "The Isle of Flowers" (Florida Republic). It is my sincere wish as Sultan, that in reading this you will see that Sultanate Ea Al Maurikanuus Estados is a country of Faithful Moors, who practice Moslem Customary Law, and reserve their rights to govern themselves free of US jurisdiction, based on 239 years of Treaty Law that shows this to be true. Our beliefs are enshrined in our Divine Constitution as Love, Truth, Peace, Freedom, Justice, and Equality. Which acts as our Domestic state law. The present Moorish Government headed by our Sultan, is distinct from our cousins in The Kingdom of Morocco. We share the same country code as they do, yet we declared our independence while they were under the colonial occupation of France. To wit, it is our cause to provide Embassy / Consuls for our brothers who wish to repatriate back to the Moorish Empire, and The Sultan's Government here in AL Maurikanuues Estados and abroad. As Moorish People, we have always been a Theocratic Aristocracy and Ecclesiastical Government. As Moorish Americans We are classified as "White" Due to our North African Heritage. "Americans Citizens" due to the fact we are the descendants of the founders of the Old Republic 1321-1791, and "Nationals" Due to the fact we are the Posterity of The Last Sultan of Marocco Mohammed Ibn Abdullah the Third) 1790). Back by the full faith and credit of the united States of America in General Congress Assembled. Therefore I, Sultan Prince Charles E. L. Rogers El, appointed by the Moorish Americans Of The Temple State, MST of A, to formed a Government that re constitutes the hereditary seat of the Sultan, of Marocco, who signed the Treaty of Peace and Friendship on The Delaware River in 1787. As well as The Treaty of Jeddah, which led to our Prophet Noble Drew Ali resting the First Temple and State. To establish our Embassies, Temples, Mosques, Schools and Banks. Under our own flag and pedigree. So I thank you for taking the time to read my appointment of our brother Noble Grand Sheik Yashua Ankh Bey El, a Permanent Diplomat Consul Generalissmo (General), of The Sultanate Ea Al Maurkinauus Estados Imperial Foreign Ministry, Embassy Consul of MST of A Temple State 2A2, Temple State Badge Number # RB 191 899 345 US.

At El Sanguine (New York Republic). It is the Sultan's wish that an Embassy Consul be established in Washington DC within the next two Years. The Above mentioned Diplomat For Sultanate Ea Al Maurkinauus Estados will maintain domicile in El Sanguine (New York Republic) So Long as The Sultan deems his tenure necessary inshallah.

Sincerely,

Sultan Prince Charles E. L. Rogers El
Sultanate of Al Maurikanuus Estados
Seat of The Government at Al-Andalusia (Florida Republic)
Imperial Foreign Ministry
Suite 4783 Miami Beach, Florida Republic
(33141-9998)





I :Yashua-Ank -Bey :El: called the Office of Protocol Foreign Missions Department and spoke to Ms Sheril Ederson at 11:55 am 2-10-2016 and she hung up on me after I told her what Foreign Missions office i was calling from "Sultanante Ea AlMaurikanuus Estados" and i called back 3 x . No answer. We have been calling at least three times a week since January 8, 2016, the Birth day of the prophet Nobel Drew Ali. Abandonment office and derelict of duty, is a violation of our Treaty of Peace and Friendship article 20. Embassy Consul Public Notice.


RA295734146US



18 U.S. Code § 241 - Conspiracy against rights

If two or more persons conspire to injure, oppress, threaten, or intimidate any person in any State, Territory, Commonwealth, Possession, or District in the free exercise or enjoyment of any right or privilege secured to him by the Constitution or laws of the United States, or because of his having so exercised the same; or
If two or more persons go in disguise on the highway, or on the premises of another, with intent to prevent or hinder his free exercise or enjoyment of any right or privilege so secured—
They shall be fined under this title or imprisoned not more than ten years, or both; and if death results from the acts committed in violation of this section or if such acts include kidnapping or an attempt to kidnap, aggravated sexual abuse or an attempt to commit aggravated sexual abuse, or an attempt to kill, they shall be fined under this title or imprisoned for any term of years or for life, or both, or may be sentenced to death.





# LIBRARY OF CONGRESS

Office of Business Enterprises
Duplication Services Section

THIS IS TO CERTIFY that the collections of the Library of Congress contain a publication entitled **THE PUBLIC STATUTES AT LARGE OF THE UNITED STATES OF AMERICA,** and that the attached photocopies from Volume VIII – the title page and pages 100 through 105 on which appears the TREATY OF PEACE AND FRIENDSHIP *Between the United States of America, and His Imperial Majesty the Emperor of Morocco,* January 1787 – are a true representation from that work.

IN WITNESS WHEREOF, the seal of the Library of Congress is affixed hereto on April 7, 2015.

Gregory T. Cooper
Duplication Services, Section Head
Office of Business Enterprises
Library of Congress