## Hand-Delivered

113th continental Congress of the federal Moorish National Republic

FILED
CHARLOTTE, NC

JAN 17 2019

US District Court
Western District of NC



Greetings from: Emperor Omari Jibri El Ra Bey,

"Nonthreatening Protective intelligence "

CDC, Unique identifier number: 1237-7

Hierarchical Code: R1.01.052.004

(Moorish Emperor of indigenous Indians)

[  7016 0340 0000 4106 2857   | digital Tracking number #311cr320

**To: His Excellence, Donald J. Trump, "President of The United States"**

**CC: Peter DeFazio, U.S. house of Representative from Oregon 4th district**

**CC: Ms. Laurel Iron Cloud; Division of Tribal Government Services, mail Stop 3645-MIB, 1849 C Street NW, Washington, DC 20240 telephone number (202) 513-7641.**

**CC: Kate Brown, Office of the Governor, 900 Court Street, Suite 254 Salem, or 97301-4047**

Cc: Media and News Press, Angela Rye With CNN, WSOC Charlotte NC, Kval News Oregon,

**Brief on Secret Service Memo of nonthreatening Protective intelligence**, Agent: **Jeff Scott** mobile phone number +1 (202) 577-4258,

Regarding: **H.R. 77** Free Competition in currency Act of 2013 January 3rd **IN THE HOUSE OF REPRESENTATIVES** reform of the **International Indigenous Federal Trust**, gold back dollars, notes and commercial bonds with an Invitation to the Royal Ceremony and Federal Recognition of the Indigenous Moorish Empire of indigenous Indians c/o Bureau of Indian Interior; Ms. Laurel Iron Cloud, division of tribal government services on February 9th, 2019 in Salem, Oregon state Capital.

Dear president of the United States,

It is my honor to welcome you and staff of Donald J. Trump to our indigenous Indian ceremony here in the state of Oregon; the first state to recognized tribal to federal government to government relations in senate Bill 770 and where most votes will be cast your way after this public notice.

I, Emperor Omari Jibri; Emperor of all the Moors, believe that me and you must work together in this vital time of climate change, immigration and show the unification of Making America great in promoting the New Gold Dollar that represents indigenous Moors in Americans and Citizens of this Nation of migrants we call "The United States ".

With this collaboration I, Emperor Omari jibri will; to my best ability, promote a New international Peace and Friendship Commercial trade treaty that will build trust with the American people and restore in good faith The American Republic with its true Moorish Representatives of the house of Representatives in the public office in the district of Columbia.

I, Emperor Omari JIbri of all the Moors, here on turtle island A.K.A; North America, North Amexem, Al Morocco, United States of America is now seeking translations of the legal langue BEING used in colorable courts of This UNITED STATES FEDERAL and STATE COURTS INC. Due to this alarming Subject matter of jurisdiction, it is wise that I, Emperor Omari of all the Moors shall create an office for this very reason to rectify Prison Reform with less anarchy as possible. It is My duty to converse with this Executive office of the UNITED STATES in the transfer of information to gain data for comprehensive solutions to restore America as a United Nation under Two Flags "Civil Flag of Morocco for Trade on land and Seas and the Second flag being a corporate banner for international trade on the Seas "THE UNITED STATES inc "

Note: It is in My interest of building trade relations with his HRH, EMPEROR OF ALL THE RUSIANS, and his agents to Restore agreements of The treaty Concerning the Cession of the Russian Possessions in North America by His Majesty the Emperor of all the Russians made on thirtieth day of March by the President of the United States, William H. Seward, Secretary of State, His Majesty the Emperor of All the Russians, the Privy Councilor Edward de stoeckl, his Envoy Extraordinary and Minister Plenipotentiary Proclaimed by the United States June 20, 1867.

Let this letter Reflect on all records that the listed Subjects are now under the Authority of I, Emperor Omari Jibri El Ra Bey that will Act in all manners, character and matters on Executing My Indigenous Births Rights of A1 political and Social status here at the EMPEROR OFFICE OF "THE WHITE HOUSE ", in THE DISTRICT OF COLUMBIA Washington DC zip code [99998-00000]

**Subject Matter**: Emperor Omari Jibri Brunson EL Ra Bey is indigenous Moor American National of these said united states of the continent of North, South and central Americas and is not a "**Subject**" like undocumented Europeans without nationality divine in legal dictionary as citizens described by

administrative courts, their officers and agents as a corpse intended for legal or medical studies. Emperor Omari Jibri is not Under the Authority of U.S.A codes or public policy.

**Subject Matter**: Emperor Omari Jibri is now Restoring Moorish national identity to the So called Black, White, Red, Brown yellow Colored, African-Americans and or American citizens as subjects now held in Trust in the International Indigenous Trust Backed by Gold bond with special drawing Rights. All these said titles of persons are now subject under Emperor Omari Jibri Brunson El Ra bey as Grantor/Executor of all said private and or intellectual property that has been assumed decapitated and without a nation of our law to adhere by," Moorish Law"

**Subject Matter**: Restoring Treaty of Amity and Commerce between the Emperor Omari Jibri of al morocco/ North America and the Agents of the United States from the hand seal of June 23, 1786 and delivered to the American agent at morocco June 28, 1786 is now active and the Moorish Empire of Indigenous Indians will be put in their official place as United States House of Representatives and congress based off the fact that the treaty of Peace and friendship with Morocco was not introduce or signed by any indigenous Moorish American agents at that said time and date . This treaty was signed by agent John Adams at London October the fifth, One thousand Seven hundred and Eighty-Five, & of the said Thomas Jefferson at Paris October the Eleventh of the same Year.

Let it be Known to all branches of Government that I, Emperor Omari Jibri of all the moors will accept the president advice and service in restoring Our nations Republic for which it stands hand in hand with liberty and justice. This Major Event will build hope for future generations that America is the home of the worlds People with a Military Empire that will reflect all its Citizens in unification without prejudice to restore World Order.

This Matter is hereby final

Motu ProPrio

By: ( L.S.) Emperor Omari Jibri Brunson El Ra Bey ,

Royal seal : _by : Emperor Omari Jibri_ right thumb

( His Royal Majesty Royal Seal )

1st Associate Judge of the Highest Tribunal Supreme Court De Jure

Emperor of All The Moors/ Muurs .

by Emperor Omari Sibri El Ra Bey

Case #17cr16878

## STATE OF OREGON
## PROCLAMATION
### OFFICE OF THE GOVERNOR

FILED
2018 JAN -4 AM 11:33
DOUGLAS COUNTY
CIRCUIT COURT

**WHEREAS:** Oregon is home to nine confederated Native American tribes; and

**WHEREAS:** Indigenous people have called Oregon home since time immemorial; and

**WHEREAS:** The many contributions made to our communities through indigenous peoples' knowledge, labor, technology, science, philosophy, arts have substantially shaped the character of Oregon; and

**WHEREAS:** In 2011, the Affiliated Tribes of Northwest Indians, representing 59 tribes from Washington, Oregon, Idaho, Northern California, Western Montana, and Alaska passed a resolution supporting changing Columbus Day to Indigenous People's Day.

**NOW, THEREFORE:** I, Kate Brown, Governor of the State of Oregon, hereby proclaim **October 9, 2017**, to be

### INDIGENOUS PEOPLE'S DAY

in Oregon and encourage all Oregonians to join in this observance.

IN WITNESS WHEREOF, I hereunto set my hand and cause the Great Seal of the State of Oregon to be affixed. Done at the Capitol in the City of Salem in the State of Oregon on this day, September 21, 2017.

Kate Brown, Governor

Dennis Richardson, Secretary of State