# THE WORLD BANK
## IBRD • IDA | WORLD BANK GROUP

1818 H St NW, Washington, DC 20433,
United States of America

311 cR 320

FILED
CHARLOTTE, NC

JAN 17 2019

US District Court
Western District of NC

## INTERNATIONAL PROJECT FUNDING (CORPORATE & GOVERNMENTAL)

### REGISTRATION FORM

**Applicant full name:** Emperor Omari Jibri El Ra Bey

**Residential address:** 203 lower Court Ln Canyonville Oregon 97417 / 1817 Wandering Way Drive Charlotte NC 28226

**Nationality:** Indigenous Moor American          **Gender:** Male          **Marital status:** Single

**Tel/Fax #.:** EmpeorGoldTrust@gmail.com                              **Cell:** 360-271-0838

**Profession:** International Marketing, Executor, Treasurer of the "International Indigenous Trust".

**Educational qualification:** Special Accreditation from Advocates for Young Leaders Foundation International "ECOSOC, United Nations member, Art institute of Charlotte, Blue Field Community college: Business management.

**Date of Birth** 08/26/1982

**Project name:** International Indigenous Trust

**Country of Project (Optional):** United States of North America

**Objectives:** Seeking to establish trade treaties with private sector U.S.D note holders, agencies intended to promote humanitarian wellbeing in the commercial infrastructures that doing business and occupying indigenous people's lands.

This call to action is supported by: Emperor Omari Jibri free competition in currency act of 2013, bill {H.R.77-113[th] continental congress} introduced on (01/03/2013) Repeals the federal reserve law establishing U.S. coins, currency and reserve notes as legal tender for all debts, public or private, chargers, taxes and dues.

It is hereby the undersigned Executor; Emperor Omari Jibri El Ra Bey objective to join hands with Honorable Christine Madeleine Odette Lagarde; director of the "International Monetary Fund", To end massive world poverty.

**Required Capital (In words):** Due to the debt of the United States Federal Reserve Notes, our intergovernmental organization will be utilizing Notes, bills, dollars, that will bear the emperor name, seal and thumb print to build Trust with all nations seeking to end massive world poverty by trading in our International Indigenous Trust dollars, notes, gold etc. The International Indigenous Trust holds Aboriginal and Indigenous Land rights and intellectual property rights that's due in North Amexem/ America a.k.a United States of America Inc.

To establish any funding for our Intergovernmental organization the potential providers for funding are hereby known as debt holders, that can now build peace and friendship by turning in U.S Debt dollars in the amount of {10 trillion U.S dollars and or federal reserve notes to the International Indigenous Trust for the delegation of our Indigenous dollars designed and managed by me, Emperor Omari Jibri and honorable: Christine Lagarde.

Looking forward for the adoption of Emperor Omari Jibri El Ra Bey New Moorish American Currency "dollar" that will commercially represent his indigenous peoples here in America.

Very Truly

By: Emperor Omari Jibri El Ra Bey

International Indigenous Trust

I/We hereby declare that the details furnished above are true and correct to the best of my/our knowledge and belief and I/We undertake to inform you of any changes therein, immediately. In case any of the above information is found to be false or untrue or misleading or misrepresenting, I'm / we're aware that I may be held liable for it. The Applicant(s) is liable to provide a copy of his/her valid International Passport for record purpose.

by: *[signature]*
Date & Applicant signatory

www.worldbank.org © 2016 The World Bank Group, All Rights Reserved

# INDIVIDUAL ACKNOWLEDGMENT

State/Commonwealth of _Oregon_ } ss.
County of _Douglas_

On this the _21_ day of _February_, _2018_, before me, _Beverly A Frost_, Name of Notary Public, the undersigned Notary Public, personally appeared _Omari Brunson_, Name(s) of Signer(s),

☐ personally known to me – OR –

☒ proved to me on the basis of satisfactory evidence

to be the person(s) whose name(s) is/are subscribed to the within instrument, and acknowledged to me that he/she/they executed the same for the purposes therein stated.

WITNESS my hand and official seal.

[OFFICIAL STAMP
BEVERLY ANN FROST
NOTARY PUBLIC-OREGON
COMMISSION NO. 935503
MY COMMISSION EXPIRES FEBRUARY 25, 2019]

_Beverly A Frost_
Signature of Notary Public

_215 S Main St Canyonville OR 97417_
Other Required Information (Printed Name of Notary, Residence, etc.)

Place Notary Seal and/or Any Stamp Above

─────────── OPTIONAL ───────────

Although the information in this section is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.

**Description of Attached Document**

Title or Type of Document: _____

Document Date: _____ Number of Pages: _____

Signer(s) Other Than Named Above: _____

Right Thumbprint of Signer

Top of thumb here

© 2002 National Notary Association • 9350 De Soto Ave., P.O. Box 2402 • Chatsworth, CA 91313-2402 • www.NationalNotary.org
Item No. 5936    Reorder: Call Toll-Free 1-800 US NOTARY (1-800-876-6827)

